**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598
Telephone (516) 668-6945

February 12, 2020

**VIA ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** Weiss v. American Express et al
20-cv-249-ENV-SMG

Dear Magistrate Judge Gold:

I represent the plaintiff in the above matter. The docket sheet reflects that American Express was served and Alexander Fink. I have received an email from Raymond A. Garcia, Esq. from Strook as follows: " However, "American Express Legal" isn't a corporation/entity that exists, so there's nothing on behalf of which we can waive service." Therefore, based upon this representation, we shall not serve American Express Legal which means that all proper defendants have waived service.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Raymond A. Garcia, Esq.